ACCEPTED
05-17-01122-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 9:07 AM
LISA MATZ
CLERK

Case No. 05-17-01122-CV

| | | |
|---|---|---|
| CIA BABIY | § | FILED IN<br>5th COURT OF APPEALS<br>DALLAS, TEXAS |
| | § | COURT OF APPEALS |
| v. | § | 1/31/2018 9:07:35 AM |
| | § | LISA MATZ |
| RAMZI MORGAN KELLEY | § | FIFTH DISTRICT Clerk |

---

## APPELLANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

---

Appellant Cia Babiy files this Unopposed Motion for Extension of Time to file her Appellant's Brief and would respectfully show this Court the following:

1. Appellant's brief was due January 29, 2018.

2. Appellant filed her brief one day late, on January 30, 2018

3. Appellant seeks a retroactive one-day extension of her deadline.

4. Although Appellant's undersigned counsel had every intention of filing Appellant's brief by the due date, attention the following matters in the past two weeks prevented him from doing so:

— January 22–26, 2018: Arbitration proceeding in *Josey v. Whataburger of Mesquite, Inc.*, which was pending before the American Arbitration Association as Case No. 01-17-0001-8423;

— January 25, 2018: Appellant's brief due in *United States v. Guzman*, which is pending in the United States Court of Appeals for the Fifth Circuit as Case No. 17-11034; and

— January 29, 2018: Petition for Review due in the Supreme Court of Texas in *Sumrow v. Teel* (case number still pending).

5.      This is Appellant's second—and last—request for an extension of her briefing deadline.

6.      This motion is not made for purposes of delay, but so that justice may be done.

Respectfully submitted,

s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883

P.O. Box 5119
Dallas, Texas 75208
(214) 699-1863
matt@mattkita.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On January 30, 2018, I corresponded via e-mail with Gregory R. Ave, appellate counsel for Appellee, on the telephone, who represented that he is not opposed to the relief requested in this motion.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this brief was served on the following counsel via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on January 31, 2018.

*Counsel for Appellee:*

Gregory R. Ave
Walters, Balido & Crain, LLP
10440 North Central Expressway, Suite 1500
Dallas, Texas 75231

/s/ Matthew J. Kita
Matthew J. Kita